UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

**BRENDA STEWART,**

    **Plaintiff,**

**vs.**

**HENDERSON STAMPING AND PRODUCTION, INC.,**

    **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 18-2214-STA-egb**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation of Dismissal with Prejudice entered on July 30, 2018, this cause is hereby DISMISSED with prejudice.

                                                          **APPROVED:**

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 7/30/2018**

                                  **THOMAS M. GOULD**
                                  **Clerk of Court**

                                      **s/Maurice B. BRYSON**

                                  **(By)  Deputy Clerk**